AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
2024 AUG 27 PM 12:03
CLERK
U.S. DISTRICT COURT

STENN ASSETS UK LIMITED )
*Plaintiff* )
v. ) Civil Action No. 22 CV 7131 (LDH(LB)
DACKERS TRADING LLC )
*Defendant* )

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/01/2024__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __JUL 17 2024__

CLERK OF COURT

__BRENNA B. MAHONEY__
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STENN ASSETS UK LIMITED,

                Plaintiff,              JUDGMENT

v.                                             22 CV 7131 (LDH)(LB)

DACKERS TRADING LLC,

                Defendant.
-----------------------------------------------------------------X

      An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on January 30, 2024, adopting the Report and Recommendation of Magistrate Lois Bloom, dated January 8, 2024, granting in part and denying in part Plaintiff's motion for default judgment; granting Plaintiff's motion for default judgment as to its claim for account stated and denying as to its breach of contract claim; dismissing Plaintiff's breach of contract claim as duplicative of its account stated claim; awarding Plaintiff $344,135.70 in damages, $11,059.60 in pre-judgment interest through February 15, 2023, $84.87 per diem from February 16, 2023 through the date of judgment, $492 in costs, and post-judgment interest; and the Clerk of Court having calculated the additional interest at the rate set forth above, and the interest being $29,704.50; it is

      ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted in part and denied in part; that Plaintiff's motion for default judgment is granted as to its claim for account stated and denied as to its breach of contract claim; that Plaintiff's breach of contract claim is dismissed as duplicative of its account stated claim; and that Plaintiff is awarded a total amount of $385,391.80 plus post-judgment interest.

Dated: Brooklyn, New York             Brenna B. Mahoney
February 1, 2024                          Clerk of Court

                                            By:    */s/Jalitza Poveda*
                                                    Deputy Clerk